Decided March 28, 2002

SHARON MCDERMOTT *v.* CALVARY BAPTIST CHURCH ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 68 Conn. App. 284 (AC 20955), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the trial court properly instructed the jury with respect to the issue of agency?"

The Supreme Court docket number is SC 16712.

*J. Daniel Sagarin* and *David A. Slossberg*, in support of the petition.

*J. Kevin Golger* and *James E. Coyne*, in opposition.

Decided March 28, 2002